FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-462-DMG |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Gerardo Perez ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

   On arrest warrant issued by the United States District Court for the _____CDCA_____ involving alleged violations of conditions of probation/supervised release:

   1. The court finds that no condition or combination of conditions will reasonably assure:

      A. (✓) the appearance of defendant as required; and/or

      B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: 6/22/16

*[signature]*
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge