

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Gerardo Perez |
|---|---|
| Plaintiff, | ) 12-CR-00462-DMG |
| v. | ) ORDER OF DETENTION AFTER |
| | ) HEARING |
| GERARDO PEREZ, | ) |
| | ) [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | ) 18 U.S.C. 3143(a)] |

The defendant having been arrested in the Central District of California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

1

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's submission on the issue and defendant's failure to proffer any evidence to meet the defendant's burden on this issue;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission on the issue; failure to proffer any evidence to meet the defendant's burden on this issue; and criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 14, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE